TSUGAWA LAU & MUZZI
A Hawaii Limited Liability Law Company

CHRISTOPHER J. MUZZI     6939
55 Merchant Street, Suite 3000
Honolulu, Hawaii  96813
Telephone No.: (808) 531-0490
Facsimile No.: (808) 534-0202
Email:  cmuzzi@hilaw.us

Attorney for Plaintiffs
TRACI GAU, DONNA MEI LIN HO,
CRAIG MAKIYA, MIRI MAKIYA,
GLADYS HALM and SHARYL HAZAMA

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>ADAM LEE<br><br>              Debtor. | Case No.  13-01356<br>(Chapter 7) |
| DONNA MEI LIN HO, TRACI GAU,<br>CRAIG MAKIYA, MIRI MAKIYA,<br>GLADYS HALM and SHARYL<br>HAZAMA,<br><br>             Plaintiffs,<br>     v.<br><br>ADAM LEE,<br>             Defendant. | Adv. Pro. No.  13-90077<br><br><br><br><br><br><br>**Hearing:**<br>Date:  April 3, 2026<br>Time:  10:00 a.m.<br>Judge:  Robert J. Faris |

## MOTION TO EXTEND "STIPULATED FINAL JUDGMENT IN FAVOR OF DONNA MEI LIN HO", FILED ON APRIL 28, 2016

Plaintiff DONNA MEI LIN HO moves this court to extend the "Stipulated Final Judgment in Favor of Donna Mei Lin Ho", filed on April 28, 2016 (the "Judgment"), for a period of ten years, through April 28, 2036.

This Motion is made on the following grounds:

1.      On April 28, 2016 the Judgment was filed in this Court in favor of Plaintiff Donna Mei Lin Ho and against Defendant Adam Lee in the amount of $25,000.00, which debt is nondischargeable in bankruptcy pursuant to 11 U.S.C. § 523.

2.      The Judgment was recorded on May 5, 2016 in the Bureau of Conveyances for the State of Hawaii as Document No. 59690745.

3.      Hawaii Revised Statute §657-5 provides that unless an extension is granted, every judgment and decree of any court of the State shall be presumed to be paid and discharged at the expiration of ten years after the judgment or decree is rendered, unless an extension is sought within ten years of the date of the original judgment. See Haw. Rev. Stat. §657-5.

4.      In this case, the Judgment is still outstanding and Plaintiff requests that this Court extend the Judgment for an additional 10 years until April 28, 2036.

DATED:  Honolulu, Hawaii, <u>February 25, 2026</u>.

<u>/s/ Christopher J. Muzzi</u>
CHRISTOPHER J. MUZZI
Attorney for Plaintiffs
TRACI GAU, DONNA MEI LIN HO,
CRAIG MAKIYA, MIRI MAKIYA,
GLADYS HALM and SHARYL HAZAMA

50102/1/113226                                3

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>ADAM LEE<br><br>               Debtor. | Case No.  13-01356<br>(Chapter 7) |
| DONNA MEI LIN HO, TRACI GAU, CRAIG MAKIYA, MIRI MAKIYA, GLADYS HALM and SHARYL HAZAMA,<br><br>               Plaintiffs,<br>     v.<br>ADAM LEE,<br>               Defendant. | Adv. Pro. No.  13-90077<br><br><br><br><br>Judge:  Robert J. Faris |

## <u>DECLARATION OF CHRISTOPHER J. MUZZI</u>

I, CHRISTOPHER J. MUZZI, hereby declare as follows:

1.     I am an attorney admitted to practice in the State of Hawaii, the United States District Court for the District of Hawaii, and the United States Court of Appeals for the Ninth Circuit.

2.     I am a member of the law firm of Tsugawa Lau & Muzzi, a Hawaii Limited Liability Law Company ("TLM"), which maintains an office at Bishop Place, 55 Merchant Street, Suite 3000, Honolulu, Hawaii 96813.

3.	I submit this declaration in support of the MOTION TO EXTEND "STIPULATED FINAL JUDGMENT IN FAVOR OF DONNA MEI LIN HO", FILED ON APRIL 28, 2016 (the "Motion").

4.	I have personal knowledge of facts stated in this Declaration and if called as a witness in this action, I could and would competently testify to all matters set forth herein.

5.	The STIPULATED FINAL JUDGMENT IN FAVOR OF DONNA MEI LIN HO has not been fully satisfied.

DATED:  Honolulu, Hawaii, February 25, 2026.


*/s/ Christopher J. Muzzi*
CHRISTOPHER J. MUZZI

U.S. Bankruptcy Court - Hawaii   #13-90077   Dkt # 151   Filed  02/25/26   Page 5 of 5